UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIR LUIS REYES,<br><br>              Petitioner,<br><br>      v.<br><br>JAMES A. YATES, Warden,<br><br>              Respondent. | Case No. CV 05-5435 DOC(JC)<br><br>JUDGMENT |

     Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

     IT IS ADJUDGED that the operative First Amended Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

     DATED: June 22, 2010

                                      /s/ David O. Carter
                              _____
                              HONORABLE DAVID O. CARTER
                              UNITED STATES DISTRICT JUDGE